Jesse BROWN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 52038.

Missouri Court of Appeals,
Western District.

May 21, 1996.

Rose M. Wibbenmeyer, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, John M. Morris, Assistant Attorney General, Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM:

Jesse Brown appeals from the dismissal of his Rule 24.035 motion for postconviction relief based upon the motion being filed out of time.

Judgment affirmed. Rule 84.16(b).